AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jose Guadalupe Pacheco-Aguilar, | ) | Case No. 18 - 5126mJ |
| (A205 602 444) | ) | |
| _Defendant_ | ) | |
| | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 25, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Guadalupe Pacheco-Aguilar, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 13, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY : AUSA Kyra J. Goddard for AUSA Amy Chang    KG

☒ Continued on the attached sheet.

_____
_Complainant's signature_
Jon Jenkins
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date:    October 26, 2018

_____
_Judge's signature_

City and state:    Phoenix, Arizona

Deborah M Fine
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Jon Jenkins, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent.  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about October 25, 2018, Border Patrol Agent Jesus Soto, who was performing his assigned duties at or near Gila Bend, Arizona, encountered an individual later identified as Jose Guadalupe Pacheco-Aguilar.   The agent identified himself as a Border Patrol agent and performed an immigration inspection on Pacheco-Aguilar. The agent determined that Pacheco-Aguilar was a citizen of Mexico, unlawfully present in the United States.   Pacheco-Aguilar was taken to the Ajo Border Patrol Station for further processing. Pacheco-Aguilar was held in administrative custody until his identity could be confirmed, and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Jose Guadalupe Pacheco-Aguilar to be a citizen of Mexico and a previously deported criminal alien.  Pacheco-Aguilar was removed from the United States to Mexico through Del Rio, Texas, on or about May 13, 2016, pursuant to the reinstatement of a prior deportation order issued by an immigration

1

official. There is no record of Pacheco-Aguilar in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Pacheco-Aguilar's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Guadalupe Pacheco-Aguilar was convicted of Marijuana Possession for Sale, a felony offense, on or about October 18, 2015, in the United States District Court, District of Arizona. Pacheco-Aguilar was sentenced to two hundred and ten days (210) incarceration. Pacheco-Aguilar's criminal history was matched to him by electronic fingerprint comparison.

5. On or about October 26, 2018, Jose Guadalupe Pacheco-Aguilar was advised of his constitutional rights. Pacheco-Aguilar freely and willingly acknowledged his rights and did not agree to answer questions or provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 25, 2018, Jose Guadalupe Pacheco-Aguilar, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 13, 2016, and not having obtained the express consent of the Secretary of the

Department of Homeland Security to reapply for admission thereto; in violation of

Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


Jon Jenkins
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 26th day of October, 2018.


Deborah M Fine
United States Magistrate Judge